STEVEN M. ROSE, WSBA No. 32677
ROSE, SENDERS & BOVARNICK
1205 N.W. 25th Ave.
Portland, OR  97210
Telephone: (503) 227-2486
Facsimile:  (503) 227-4172
        Attorneys for Plaintiff

The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. NICOLAYSEN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PUGET SOUND & PACIFIC<br>RAILROAD dba PUGET SOUND &<br>PACIFIC RAILROAD COMPANY,<br>a Delaware corporation registered to<br>do business in Washington,<br><br>                    Defendant. | No.  C05-5632RJB<br><br>STIPULATED MOTION FOR<br>MODIFICATION OF MINUTE<br>ORDER SETTING TRIAL,<br>PRETRIAL DATES AND ORDERING<br>MEDIATION TO ALLOW FOR<br>CONTINUATION OF CERTAIN<br>DATES |

**STIPULATED MOTION**

Plaintiff and Defendant respectfully and jointly move the court for an order allowing modification of the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation to Allow for Continuation of Certain Dates.  The

STIPULATED MOTION FOR MODIFICATION
OF MINUTE ORDER SETTING TRIAL,
PRETRIAL DATES AND ORDERING
MEDIATION- Page 1

**ROSE, SENDER AND BOVARNICK, LLP**
Attorney at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486

parties request that the expert disclosure date be continued from May 3, 2006 until June 12, 2006; the deadline for motions related to discovery be continued from June 12, 2006 until June 26, 2006 and the deadline for completion of discovery be continued from July 3, 2006 until July 17, 2006.

The parties request this for the following reasons:

1.     The matter is set for mediation on May 9, 2006;

2.     Absent settlement at mediation, plaintiff anticipates that the following expert witnesses will be called at trial:

    a.     P. Bodie Wood, M.D., the treating orthopedic surgeon, copies of whose records have been provided to defendant;

    b.     Richard Shankle, who inspected the track with defendant present;

    c.     Cloie Johnson, a vocational rehabilitationist who plaintiff's counsel has used on another matter, but who has not yet been retained and not yet performed services.

    d.     Robert Moss, an economist who plaintiff's counsel has used on other matters, but who has not yet been retained and not yet performed services.

3.     If the matter does not settle at mediation, defendant is considering calling expert witnesses, including but not limited to a physician, a track expert, a vocational rehabilitationist and an economist.

STIPULATED MOTION FOR MODIFICATION
OF MINUTE ORDER SETTING TRIAL,
PRETRIAL DATES AND ORDERING
MEDIATION- Page 2

**ROSE, SENDER AND BOVARNICK, LLP**
Attorney at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486

4.    The parties would like to complete the mediation to see if settlement may be reached before having to fully engage their experts.

IT IS SO STIPULATED

s/_____
Steven M. Rose, WSBA #32677
Of Attorneys for Plaintiff
Dated:  4/17/06

s/_____
Troy Y. Nelson, WSBA #27274
Of Attorneys for Defendant
Dated:  4/17/06

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of April, 2006.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION FOR MODIFICATION
OF MINUTE ORDER SETTING TRIAL,
PRETRIAL DATES AND ORDERING
MEDIATION- Page 3

**ROSE, SENDER AND BOVARNICK, LLP**
Attorney at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486